

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00122-CR

EX PARTE MARTEZ TRAVON VRANA

§ On Appeal from the 78th District Court

§ of Wichita County (DC78-CV2020-1599)

§ October 1, 2020

§ Memorandum Opinion by Justice Womack

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack